# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 4486 | **DATE** | 6/20/2013 |
| **CASE TITLE** | Minnie Robinson vs. Blatt, Hasenmiller, Leibsker & Moore, LLC | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [4] is denied. Plaintiff is given until July 18, 2013 to file the below-referenced motion and the memorandum. If Plaintiff decides not to provide the below information, Plaintiff is given until July 18, 2013 to pay the filing fee. Plaintiff is warned that failure to file the below-referenced motion and memorandum by July 18, 2013, or failure to pay the filing fee by July 18, 2013, will result in the dismissal of the instant action.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Minnie M. Robinson's (Robinson) motion for leave to proceed *in forma pauperis*. Robinson indicates on her *in forma pauperis* application form that she is not employed, and that her last employment ended in early 2013. (IFP Par. 2). Robinson also indicates that neither she nor anyone living in the same residence has received more than $200 in income in the past twelve months from any source, and that neither she nor anyone living in the same residence has any significant assets. (IFP Par. 4-9). It is unclear how Robinson acquires the necessities of life under such financial circumstances. Therefore, the court denies Robinson's motion for leave to proceed *in forma pauperis* without prejudice, and the court will give Robinson an opportunity to provide a fully completed *in forma pauperis* application form and sufficiently detailed information in the form of an affidavit concerning her financial status, including how Robinson acquires the necessities of life.

If Robinson wishes to proceed with this action, Robinson should file an accurately and properly completed *in forma pauperis* application, together with a memorandum in the form of an affidavit indicating all income that Robinson or anyone residing in her household receives, the sources of such income, all valuable assets owned by Robinson or members of her household, and all expenses for Robinson and

**STATEMENT**

members of her household, including supporting documents. In addition, the affidavit should include a statement by Robinson as to how she acquires the necessities of life. Robinson is given until July 18, 2013 to file the above-referenced motion and the memorandum. If Robinson decides not to provide the above information, Robinson is given until July 18, 2013 to pay the filing fee. Robinson is warned that failure to file the above-referenced motion and memorandum by July 18, 2013, or failure to pay the filing fee by July 18, 2013, will result in the dismissal of the instant action.